UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETT A. CEYCA,<br><br>                Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>                Defendants. | Case No. 2:25-cv-08393-SRM-MAA<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT [18]** |

      Before the Court is the parties' Joint Stipulation to Remand Case to State Court ("Joint Stipulation"). Dkt. 18. The Court has reviewed the parties' arguments, relevant legal authority, and record in this case. The Joint Stipulation is **GRANTED**. This action is **REMANDED** to the Los Angeles County Superior Court.

      **IT IS SO ORDERED.**

Dated: November 14, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE